IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | **CRIMINAL ACTION** |
| v. : | **NO. 94-276** |
| : | |
| **NATHANIEL SWINT** : | |

# O R D E R

**AND NOW**, this 2nd day of October, 2012, upon consideration of *pro se* defendant's Motion for Evidentiary Hearing Pursuant to *Lafler* (Document No. 465, filed September 20, 2012), and Government's Response to Defendant's Motion for a *Lafler* Evidentiary Hearing (Document No. 467, filed October 1, 2012), **IT IS ORDERED** that the Government shall file and serve a supplemental response to the Motion on or before October 10, 2012, in which the Government details the terms of the plea agreement to which reference is made in *pro se* defendant's Motion and the Government's Response. A copy of any plea agreement submitted to the *pro se* defendant or his attorney shall be appended to the supplemental response. Two (2) copies of the supplemental response shall be served on the Court (Chambers, Room 12613) when the original is filed.

                                                            **BY THE COURT:**


                                                            _/s/ Jan E. DuBois_____
                                                            **JAN E. DUBOIS, J.**