IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| v. | |
| **NATE SWINT** | **NO. 94-276** |

**O R D E R**

**AND NOW**, this 31st day of March, 2021, upon consideration of Defendant's Letter/Motion Pursuant to the First Step Act of 2018 (Document No. 587, filed May 29, 2020), Motion for Expedited Consideration of this Supplemental Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) for Immediate Release as a Result of Being [at] a High-Risk COVID-19 and to Prevent a Manifest Injustice (Document No. 588, filed May 6, 2020), Government's Response in Opposition to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Document No. 592, filed July 10, 2020), Defendant's Reply to Government's Response to Request for Compassionate Release, Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Document No. 594, filed September 2, 2020), Defendant's Motion to Expedite Consideration of Movant's 18 U.S.C. § 3582(c)([1])(A)(i) Motion Where Movant "Is" Now in "Imminent" Danger (Document No. 595, filed November 16, 2020), Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Document No. 599, filed February 16, 2021), Government's Supplemental Response in Opposition to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Document No.601, filed March 10, 2021), Government's Second Supplemental Response in Opposition to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Document No. 606, filed March 18, 2021), Reply to Government's Supplemental Responses, and in Further Support of Motion for Reduction in Sentence (Document No. 607, filed March 21, 2021), and Defendant's Notice of

New Authority (Document No. 608, filed March 31, 2021) for the reasons stated in the accompanying Memorandum dated March 31, 2021, **IT IS ORDERED** as follows:

1. Defendant's Motion for Compassionate Release[1] is **GRANTED**.

2. Defendant's sentence is reduced to **TIME SERVED** of approximately twenty-seven years.

3. Excepting only as noted above, the Judgment dated September 20, 1996, providing, *inter alia*, ten years of supervised release, continues in effect.

4. This Order is **STAYED** for no longer than 14 days to permit the United States Probation Office to verify defendant's residence and/or establish a release plan, for defendant to make appropriate travel arrangements, and to ensure his safe release. Defendant Nate Swint, U.S. Marshal No. 34469-066, shall **BE RELEASED** as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made, and it is safe for defendant to travel.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.

---

[1] The Court refers to defendant's collective filings as his Motion for Compassionate Release and has considered all of his filings in ruling on the issues presented.